379 P.2d 427

O. G. ROCHE, dba Roche Moving and Storage, Appellant,

v.

IDAHO PUBLIC UTILITIES COMMISSION, Respondent.

In the Matter of the Investigation of the Motor Carrier Operations of O. G. ROCHE, dba Roche Moving and Storage.

No. 9174.

Supreme Court of Idaho.

Feb. 25, 1963.

Milton E. Zener, Pocatello, for appellant.

316

Frank L. Benson, Atty. Gen., John B. Kugler, Sp. Asst. Atty. Gen., Boise, for respondent.

379 P.2d 638

Richard ROSENBERRY, as Receiver of
Clark's Material Supply Co., Inc., a
corporation, Plaintiff-Respondent,

v.

McQUADE, Justice.

By virtue and under the authority of the decision in the case of Arrow Transportation Co. v. Idaho Public Utilities Commission, ante, p. 307, 379 P.2d 422, the orders of the Idaho Public Utilities Commission amending appellant's permit No. 609 and refusing to reinstate such permit are hereby set aside.

No costs allowed.

KNUDSON, C. J., and McFADDEN, TAYLOR and SMITH, JJ., concur.